

E. EVANS WOHLFORTH, JR.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4879 Fax: (973) 639-6486
ewohlforth@gibbonslaw.com

October 8, 2018

<u>Via ECF</u>

Hon. Denis R. Hurley
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:    **Long Island Neurosurgical Associates, P.C. v. Cigna Corporation,
Civ. No. 2:18-cv-04107-DRH-AYS**

Your Honor:

    This law firm represents defendant Cigna Corporation ("Cigna") in the above-referenced action. I write in response to Your Honor's text order of October 5, 2018, to confirm that Cigna's previous request for a pre-motion conference (Doc. No. 11) is withdrawn. Should Cigna determine to move to dismiss the Amended Complaint, we will submit a new request for a pre-motion conference.

    We thank the Court for its kind attention to this matter.

                                          Respectfully submitted,

                                          <u>s/ E. Evans Wohlforth, Jr.</u>
                                          E. Evans Wohlforth, Jr.

jrh
Enclosure

cc:    All Counsel of Record (*via ECF*)