UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LONG ISLAND NEUROSURGICAL
ASSOCIATES, P.C.,

        Plaintiff,                      Civil Action No. 2:18-cv-04107-DRH-AYS

      v.

CIGNA CORPORATION, ABCO
REFRIGERATION SUPPLY CORPORATION
OPEN ACCESS PLUS MEDICAL
BENEFITS HIGH PLAN, and ABCO
REFRIGERATION SUPPLY CORPORATION,

        Defendants.
------------------------------------------------------------X

## NOTICE OF WITHDRAWAL

    I hereby file a notice of withdrawal as co-counsel to Nan Geist Faber, counsel for Long Island Neurosurgical Associates, P.C. Should the Court require an explanation, I will provide it.

Date: May 13, 2019                                          /s/ Robert J. Axelrod
                                                              Robert J. Axelrod
                                                               AXELROD LLP
                                                               800 Third Avenue, Suite 2800
                                                               New York, NY 10022
                                                               (646) 448-5263
                                                               rjaxelrod@axelrodllp.com