| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE: ANNE Y. SHIELDS                    DATE: 6/10/19
        U.S. MAGISTRATE JUDGE

CASE:  **CV 18-4107 (DRH) (AYS)** Long Island Neurosurgical Associates, P.C. v. Cigna Corporation

TYPE OF CONFERENCE: TELEPHONE

APPEARANCES:    Plaintiff     Nan Geist Faber

                Defendant    Jason Halpin

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐    Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

X    Other:

**Rulings by the Court:**

- Plaintiff's motion to quash the Defendant's subpoena to Business Dynamics is denied. The subpoena is to be complied with forthwith.

- The discovery deadline is EXTENDED to July 19, 2019.


SO ORDERED

/s/ Anne Y. Shields
ANNE Y. SHIELDS
United States Magistrate Judge